```
 1  LUCAS VALLEY LAW
    MARK K. de LANGIS (SBN 190083)
 2  2110 Elderberry Lane
    San Rafael, California  94903
 3  Telephone:  (415) 472-3892
    Facsimile:   (415) 472-3977
 4  mdelangis@lucasvalleylaw.com

 5  Attorney for Plaintiff
    AMERICAN PRESIDENT LINES, LTD.
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  AMERICAN PRESIDENT LINES, LTD., a      No. C 07-00987 SC
    corporation,
12
              Plaintiff,                   NOTICE OF VOLUNTARY
13       v.                                DISMISSAL WITH PREJUDICE

14  AMG RESOURCES CORPORATION a           [F.R.C.P. 41(a)(1)]
    corporation, SHARDAL CASTINGS LIMITED,
15  form unknown, and CARGO MARKETING
    SERVICES, form unknown,
16
              Defendants.
17

18

19

20  / / /

21

22

23  / / /

24

25  / / /

26
```

1  NOTICE IS HEREBY GIVEN that pursuant to the Federal Rules of Civil Procedure,
2  Rule 41(a)(1), plaintiff American President Lines, Ltd. voluntarily dismisses the entire above-
3  captioned action, with prejudice as to all parties named and/or served in this lawsuit.
4
   DATED: August 28, 2007
5
6                                                LUCAS VALLEY LAW
7
8
                                           By: _____
9                                                Mark K. de Langis
                                                 Attorneys for Plaintiff
10                                               AMERICAN PRESIDENT LINES, LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti
8/30/07

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PROOF OF SERVICE

I am a citizen of the United States, over 18 years of age, not a party to this action and employed in the County of Marin, California, at 2110 Elderberry Lane, San Rafael, California 94903. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

by causing a true and correct copy of the above to be placed in the United States Mail at San Rafael, California in a sealed envelope(s) with postage prepaid, addressed as follows:

Eric Goldstein
AMG Resources Corporation
4100 Grand Avenue
Pittsburgh, PA 15225

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 28, 2007.

_____
Mark K. de Langis